**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1790**

PEERLESS INDEMNITY INSURANCE COMPANY, as Subrogee of Right
Touch Interiors, Inc.; EXCELSIOR INSURANCE COMPANY, as
Subrogee of Southeast Church Furniture, Inc.,

        Plaintiffs - Appellants,

    v.

CITY OF GREENSBORO,

        Defendant - Appellee.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro. Loretta C. Biggs,
District Judge. (1:13-cv-01104-LCB-LPA)

Submitted: December 31, 2015     Decided: January 14, 2016

Before NIEMEYER, SHEDD, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jay M. Goldstein, GOLDSTEIN LAW PLLC, Albert S. Nalibotsky,
SALTZ MATKOV, PC, Charlotte, North Carolina, for Appellants.
Bruce P. Ashley, Patrick M. Kane, Lisa W. Arthur, SMITH MOORE
LEATHERWOOD LLP, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Plaintiffs, Peerless Indemnity Insurance Company and Excelsior Insurance Company, appeal the district court's order granting summary judgment in favor of the City of Greensboro in Plaintiffs' negligence action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Peerless Indem. Ins. Co. v. City of Greensboro, No. 1:13-cv-01104-LCB-LPA (M.D.N.C. June 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2